1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

_____FILED _____ENTERED
_____LODGED_____RECEIVED

DEC 1 9 2012  **DJ**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT ⌐ WASHINGTON
⌐EPL¦¦

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

                        Plaintiff,

      vs.

ROBERT S. WHITE,

           Defendant/Judgment Debtor,

      and

INTEL CORPORATION,

                    Garnishee.

NO **MS120255** JLR

(CR01-0257-1)

APPLICATION FOR WRIT OF
CONTINUING GARNISHMENT FOR
WAGES

     The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court for the Western District of Washington for an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment for Wages to enforce the Judgment entered in *United States v. Robert S. White,* No. 2:01-CR-0257-1, United States District Court for the Western District of Washington (October 16, 2001), against Robert S. White (hereinafter "Defendant/Judgment Debtor"), whose last known address is: Robert S. White, 2318 197th Avenue KP S, Lakebay, WA 98349. The judgment award is $35,655.35, consisting of $35,630.35 in Criminal Restitution, under the Mandatory Victims Restitution Act ("MVRA"), 18 U.S.C. § 3663 *et seq.,* and $25.00 in a

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**
**FOR WAGES** (USA v. Robert S. White& Intel Corporation- CR01-0257-1) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1  Special Assessment.  The sum of $2,212.00 has been credited to the judgment debt.  A balance

2  of $33,393.35 remains outstanding.  Demand for payment of the above-stated debt was made

   upon the Defendant/Judgment Debtor not less than 30 days from the date of this application, and

3  Defendant/Judgment Debtor has failed to satisfy the debt.  *See* Declaration of Dawn Fernandez

4  in Support of Application for a Writ of Continuing Garnishment for Wages.

5          The Garnishee is believed to owe or will owe money or property to the

   Defendant/Judgment Debtor, or is in possession, custody or control of property of the

6  Defendant/Judgment Debtor, and the Defendant/Judgment Debtor holds a substantial nonexempt

7  interest in said money or property.

          The name and address of the Garnishee or his authorized agent is:

8

9          Intel Corporation
           CT Corporation Systems
10         818 West 7th Street
           2nd Floor
11         Los Angeles, California 90017

12
           DATED this __19__ day of __December__, 2012.
13

14                          JENNY A. DURKAN
                            United States Attorney
15

16
                            _____
                            ANASTASIA D. BARTLETT
17                          Assistant United States Attorney

18

19

20

21

22

23

24  **APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**
    **FOR WAGES** (USA v. Robert S. White& Intel Corporation- CR01-0257-1) - 2