1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9  UNITED STATES OF AMERICA,

NO. **MS120255** JLR

10                          Plaintiff,

(CR01-0257-1)

11           vs.

12  ROBERT S. WHITE,

WRIT OF CONTINUING
GARNISHMENT FOR WAGES

Defendant/Judgment Debtor,

13           and

14  INTEL CORPORATION,

15                          Garnishee.

16

17           GREETINGS TO:   Intel Corporation
                             CT Corporation Systems
18                           818 West 7th Street
                             2nd Floor
19                           Los Angeles, California 90017

20           An Order to Issue Writ of Continuing Garnishment for Wages against the property of the

21  Defendant/Judgment Debtor, Robert S. White, whose last known address is Robert S. White,

22  2318 197th Avenue KP S, Lakebay, WA 98349, has been entered by this Court, pursuant to 28

    U.S.C. § 3205.  The judgment award associated with this Writ was for the amount of $35,655.35,

23  consisting of $35,630.35 in Restitution, and $25.00 in a Special Assessment, entered in *United*

24  WRIT OF CONTINUING GARNISHMENT FOR WAGES (USA vs.
    Robert S. White & Intel Corporation – CR01-0257-1) - 1

*States v. Robert S. White*, No. 2:01-CR-0257-1, United States District Court for the Western District of Washington (October 16, 2001).  A balance of **$33,393.35** remains outstanding.  The following is required:

1.   You are required by law to Answer in writing, under oath, within **ten (10) days**, whether you have in your possession, custody or control, any property in which the Defendant/Judgment Debtor has a substantial nonexempt interest, including nonexempt, disposable earnings.  For your convenience, a "Form Answer of the Garnishee" accompanies this Writ.

2.   You are required to immediately withhold and retain any and all property in which the Defendant/Judgment Debtor has a substantial nonexempt interest and for which you, the Garnishee, is or may become indebted to the Defendant/Judgment Debtor pending further order of the Court.

3. You must File the Original Answer of the Garnishee to this Writ within **ten (10) days** of your receipt of this Writ with the United States District Court Clerk for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, WA 98101.

4.   Additionally, you are required by law to Serve in person or by first class mail a copy of the Answer of the Garnishee to this Writ (1) upon the Defendant/Judgment Debtor, Robert S. White, 2318 197th Avenue KP S, Lakebay, WA 98349, and (2) upon the United States Attorney's Office, Western District of Washington, Assistant United States Attorney Anastasia Bartlett, Attn: Financial Litigation Unit, 700 Stewart Street, Suite 5220, Seattle, WA 98101.

5.   Under the law there may be property which is exempt from this Writ of Continuing Garnishment for Wages.  Property which may be exempt and which may not be subject to this Order is listed in the accompanying "Claim for Exemption Form," including the Consumer Credit Protection Act provision of 15 U.S.C. § 1673.

6. Pursuant to 15 U.S.C. § 1674 you, the Garnishee, are prohibited from discharging the Defendant/Judgment Debtor from employment because the earnings have been subject to garnishment for any one indebtedness.

If you fail to Answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-

WRIT OF CONTINUING GARNISHMENT FOR WAGES (USA vs.
Robert S. White & Intel Corporation -- CR01-0257-1) - 2

1  exempt property.  It is unlawful to pay or deliver to the Defendant/Judgment Debtor any property

2  attached by this Writ.

3  DATED this 21st day of _December_ , 2012.

4
5  CLERK, U.S. DISTRICT COURT

Presented by:

6
7  _____
ANASTASIA D. BARTLETT
8  Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  **WRIT OF CONTINUING GARNISHMENT FOR WAGES** (USA vs.
Robert S. White & Intel Corporation – CR01-0257-1) - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970